## (November 14, 1966)

■ GLORIA ANIS, Respondent, v. JACQUES ANIS, Appellant.— In an action for a separation, defendant husband appeals from a judgment of the Supreme Court, Nassau County, entered November 19, 1965, which *inter alia* (1) granted a separation to the plaintiff wife, (2) awarded custody of their infant issue to plaintiff, with visitation rights to defendant and (3) directed defendant to pay

$90 per week for the support of the wife and the infant issue. Judgment affirmed, with costs. (See *Rosenstiel* v. *Rosenstiel*, 16 N Y 2d 64; *Kinnier* v. *Kinnier*, 45 N. Y. 535; *Shea* v. *Shea*, 270 App. Div. 527.) Beldock, P. J., Ughetta, Rabin, Hopkins and Benjamin, JJ., concur.